

_____
J. Craig Whitley
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>**EMPLOYEE SERVICES.NET, INC., and EEPAYROLL SERVICES, LLC,**<br><br>Debtors. | **CASE NO. 14-30584**<br><br>**CHAPTER 7**<br>**(Consolidated Cases)** |

**CONSENT ORDER GRANTING MOTION FOR STAY OF IRS AVOIDANCE PROCEEDINGS PENDING RULING ON CREDITORS' MOTION TO COMPEL ABANDONMENT**

This matter came before the Court upon the filing by certain creditors (as listed in Exhibit A of the Motion) of a Motion for Stay of IRS Avoidance Proceedings Pending Ruling on Creditors' Motion to Compel Abandonment [Docket No. 371] (the "Motion"). Five additional creditors (BauschLinnemann North America, Inc., Chapin Pediatrics, P.A., Hydraulic & Pneumatics Sales, Inc., Power Systems Inc. of Georgia, and Brigette's Staffing, Inc.) (the "Joinder Parties") filed joinders in the Motion [Docket Nos. 379 and 383] (together with the creditors filing the Motion hereafter referred to as the "Movants"). The Chapter 7 Trustee and the United States of America have consented to the relief sought in the Motion to the extent set forth herein and to entry of this Consent Order. Accordingly, pursuant to the consent of the parties, as well as the authority provided under 11 U.S.C. § 105 and Bankruptcy Rule 7012, the Court hereby makes the following findings of fact:

1.      On April 9, 2014, an involuntary bankruptcy petition was filed against Employee-Services.Net, Inc. ("ESN"). On April 15, 2014, an involuntary bankruptcy petition was filed against eePayrollServices, LLC ("EEP," and, together with ESN, the "Debtors").

2.      Sigmon & Henderson, PLLC was appointed as chapter 7 Trustee (the "Trustee") pursuant to an order entered on April 23, 2014 in the EEP case and on May 5, 2014, in the ESN case.

3.      On November 13, 2014, the Court entered an order substantively consolidating the Debtors' cases.

4.      The Debtors were payroll services companies based near Charlotte, North Carolina. Each of the Movants were customers of one or both Debtors.

5.      Beginning on February 5, 2016, the Trustee filed the first of multiple adversary proceedings against former customers of the Debtors and the United States of America seeking relief under 11 U.S.C. §§ 502(d), 544, 547, 548(a)(1)(A), and 550 and N.C. Gen. Stat § 39-23.4(a)(1). A list of the 43 adversary proceedings filed as of the date of the Motion is attached hereto as <u>Exhibit A</u>. These and such other adversary proceedings that may be filed by the Trustee alleging common theories of relief are referred to herein as the "IRS Avoidance Proceedings."

6.      The IRS Avoidance Proceedings each share common elements.

7.      Simultaneously with the filing of the Motion, the Movants filed a Motion to Compel Abandonment of Claims in the IRS Avoidance Proceedings (the "Motion to Abandon"). In the Motion to Abandon, the Movants seek to have the Court order the Trustee to abandon the claims underlying the IRS Avoidance Proceedings as to all parties. The Trustee intends to contest the Motion to Abandon.

8.      The Trustee, United States of America and Movants have consented to stay the

IRS Avoidance Proceedings (both those currently filed and any future ones filed by the Trustee) until the Court enters an order ruling on the Motion to Abandon.

9. The Trustee, United States of America and Movants agree that this Consent Order does not prevent the Trustee from filing any further IRS Avoidance Proceedings. However, any future IRS Avoidance Proceedings that may be filed by the Trustee, are stayed upon service of the summons until such time as the Court has ruled on the Motion to Abandon.

10. The Court finds pursuant to 11 U.S.C. § 105 and Rule 7012 of the Federal Rules of Bankruptcy Procedure that, by consent of the parties, adequate grounds and good cause exist to stay the IRS Avoidance Proceedings (both those currently filed and any future ones filed by the Trustee) until the Court enters an order ruling on the Motion to Abandon.

**NOW THEREFORE**, it is hereby ORDERED, ADJUDGED and DECREED as follows:

A. The Motion is GRANTED to the extent set forth herein.

B. The IRS Avoidance Proceedings (both those currently filed and any future ones filed by the Trustee) are hereby STAYED. Notwithstanding any contrary deadlines contained in Bankruptcy Rule 7012 or a prior extension order entered by the Court, all deadlines requiring the filing of a response to the complaints filed in the IRS Avoidance Proceedings are STAYED such that defendants in those proceedings need not file any response until further order of the Court.

C. The stay granted in this Consent Order shall apply to those IRS Avoidance Proceedings listed on Exhibit A and those that will be filed on or after February 26, 2016. The Clerk is directed to enter this Consent Order in each adversary proceeding included in Exhibit A attached hereto.

D. For future IRS Avoidance Proceedings filed after the entry of this Consent Order, the Trustee is directed to reference this Consent Order in the adversary cover sheet filed with each new IRS Avoidance Proceeding. The Trustee is additionally directed to serve a copy of this Consent Order on each new defendant(s) at the same time that it serves the complaint and summons in that new proceeding.

E.   Nothing in this Consent Order shall affect the claims, arguments or defenses of any party with regard to the IRS Avoidance Proceedings or the Motion to Abandon, all of which claims, arguments and defenses are specifically reserved and preserved.

CONSENTED AND AGREED TO BY:

**WOMBLE CARLYLE SANDRIDGE & RICE LLP**

*/s/ Thomas W. Waldrep, Jr.*
Thomas W. Waldrep, Jr.  (N.C. Bar No. 11135)
One West Fourth Street
Winston-Salem, North Carolina 27101
Email: bankruptcy@wscr.com

*Counsel for the Trustee*

**RAYBURN COOPER & DURHAM, P.A.**

*/s/ Shelley K. Abel*
Shelley K. Abel
N.C. Bar No. 34370
Rayburn Cooper & Durham, P.A.
227 West Trade Street, Suite 1200
Charlotte, North Carolina 28202
Telephone: (704) 334-0891

*Counsel for Lane & Associates, Inc.*

**PARKER POE ADAMS & BERNSTEIN LLP**

*/s/   Ashley A. Edwards*
Kiah T. Ford IV (NC Bar no. 20979)
William L. Esser IV (NC Bar no. 29201)
Ashley A. Edwards (NC Bar no. 40695)
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: (704) 334-0891

*Counsel for ETAK Systems, LLC; Tilson Machine, Inc.; and Charleston's Rigging & Marine Hardware, Inc*

**HAMILTON STEPHENS STEELE + MARTIN, PLLC**

*/s/ Glenn C. Thompson*
Glenn C. Thompson (Bar No. 37221)
201 South College Street
Charlotte Plaza, Suite 2020
Charlotte, North Carolina 28244-2020
Telephone: (704) 344-1117
Facsimile: (704) 344-1483
gthompson@lawhssm.com

*Counsel for 3C Store Fixtures, Inc. and Davis & Floyd, Inc.*

McELWEE FIRM, PLLC

*/s/ Robert P. Laney*
Robert P. Laney
N.C. State Bar No. 7850
906 Main Street
North Wilkesboro, NC 28659
Telephone: 336-838-1111
BLaney@McElweefirm.com

*Counsel for Brigette's Staffing, Inc.*

**MOORE & VAN ALLEN, PLLC**

*/s/ Luis M. Lluberas*
Luis M. Lluberas (N.C. Bar No. 38320)
100 N. Tryon Street, Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-3548
Facsimile: (704) 409-5675
luislluberas@mvalaw.com

*Counsel for River Run Golf & Country Club, Inc.*

**POYNER SPRUILL LLP**

      */s/ Jill C. Walters*
Jill C. Walters
Bar No. 37121
PO Box 1801
Raleigh, NC 27602-1801
Phone: 919.783.2961
Fax :919.783.1075

*Counsel for Outdoor Equipment Distributors, Inc.*


**MOON WRIGHT & HOUSTON, PLLC**

      */s/ Andrew T. Houston*
Travis W. Moon (Bar No. 3067)
Richard S. Wright (Bar No. 24622)
Andrew T. Houston (Bar No. 36208)
227 West Trade Street, Suite 1800
Charlotte, North Carolina 28202
Telephone:  (704) 944-6560
Facsimile: (704) 944-0380

      *Counsel for DNP Imagingcomm America Corporation and Colony Tire Corporation*

**NEXSEN PRUET, PLLC**

 */s/ Brian R. Anderson*
Brian R. Anderson
701 Green Valley Road, Suite 100
Greensboro, North Carolina, 27408
T: 336.387.5156
F: 336.387.8932
BAnderson@nexsenpruet.com

*Counsel for BauschLinnemann North America, Inc., Chapin Pediatrics, P.A., Hydraulic & Pneumatics Sales, Inc., and Power Systems Inc. of Georgia*

**TUGGLE DUGGINS P.A.**

     */s/ Sarah F. Sparrow*
Sarah F. Sparrow
(NC Bar no. 13112)
100 N. Greene Street, Suite 600
Greensboro, NC  27401
T 336-271-5255
F 336-274-6590
SSparrow@tuggleduggins.com

*Counsel for CGR Products, Inc. and CGR Wisconsin, LLC*


**UNITED STATES OF AMERICA**

 */s/ Ward W. Benson*
Ward W. Benson
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227, Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-9642
Fax: (202) 514-6866
Email: wardlow.w.benson@usdoj.gov

---

This Order has been signed electronically.    United States Bankruptcy Court
The judge's signature and court's seal
appear at the top of the Order.

6

## **EXHIBIT A**

## **IRS AVOIDANCE PROCEEDINGS (filed as of 2/26/2016)**

| **CASE NUMBER** | **DEFENDANT(S)** |
|---|---|
| 16-03015 | DNP ImagingComm America Corporation and the United States of America |
| 16-03016 | Etak Systems, LLC and the United States of America |
| 16-03017 | Old Hickory Tannery, Inc. and the United States of America |
| 16-03018 | Tilson Machine, Inc. and the United States of America |
| 16-03019 | River Run Golf & Country Club, Inc. and the United States of America |
| 16-03020 | Outdoor Equipment Distributors, Inc. and the United States of America |
| 16-03021 | Lane & Associates, Inc. and the United States of America |
| 16-03022 | Hydraulic & Pneumatic Sales, Inc. and the United States of America |
| 16-03023 | Burlington Trailer Sales and Service, Inc. and the United States of America |
| 16-03024 | Clark Tire & Auto. Inc. and the United States of America |
| 16-03025 | Davis & Floyd, Inc. and the United States of America |
| 16-03026 | AIHN Architects. P.A. and the United States of America |
| 16-03027 | Brigette's Staffing, Inc. and the United States of America |
| 16-03028 | Colony Tire Corporation and the United States of America |
| 16-03029 | Graphic Visual Solutions, Inc. and the United States of America |
| 16-03031 | 3C Store Fixtures, Inc. and the United States of America |

| | |
|---|---|
| 16-03032 | BauschLinnemann North America, Inc. and the United States of America |
| 16-03033 | Bepco, Inc. and the United States of America |
| 16-03034 | Chandler Foods, Inc. and the United States of America |
| 16-03035 | Chapin Pediatrics, P.A. and the United States of America |
| 16-03036 | Charleston's Rigging & Marine Hardware, Inc. and the United States of America |
| 16-03037 | Classic Packaging Company and the United States of America |
| 16-03038 | Daniels Business Services, Inc. and the United States of America |
| 16-03039 | Detroit Speed, Inc. and the United States of America |
| 16-03040 | Elite Displays & Design, Inc. and the United States of America |
| 16-03041 | G S Materials, Inc. and the United States of America |
| 16-03042 | Genesis Health Care, Inc. and the United States of America |
| 16-03043 | Hickory Park Furniture Galleries, Inc. and the United States of America |
| 16-03044 | Interstate Roofing Company, Inc. and the United States of America |
| 16-03045 | Milpak Graphics, Inc. and the United States of America |
| 16-03046 | North American Lawn and Landscape, LLC and the United States of America |
| 16-03047 | North Harbor Club, LLC and the United States of America |
| 16-03048 | Piedmont Corrugated Specialty Company and the United States of America |
| 16-03049 | Power Curbers, Inc. and the United States of America |
| 16-03050 | Rock Hill Gynecological & Obstetrical Associates, P.A. and the United States of America |
| 16-03051 | Shield Engineering, Inc. and the United States of America |
| 16-03052 | Southeastern Nephrology Associates, PLLC and the United States of America |

| 16-03053 | STEAG Energy Services LLC and the United States of America |
| --- | --- |
| 16-03054 | The Century Slate Company and the United States of America |
| 16-03055 | The Dadam Group, LLC and the United States of America |
| 16-03056 | Tile Collection, Inc. and the United States of America |
| 16-03060 | Power Systems, Incorporated of Georgia and the United States of America |
| 16-03061 | Verdict Ridge, L.L.C. and the United States of America |